FORM 8A. Entry of Appearance                                                    Form 8A (p.1)
                                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1812

**Short Case Caption:** V.O.S. Selections, Inc. v. Trump

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

V.O.S. Selections Inc., Terry Precision Cycling LLC, MicroKits LLC, FishUSA Inc., Plastic Services and Products LLC d/b/a Genova Pipe

| | | |
|---|---|---|
| **Principal Counsel:** Jeffrey Schwab | | Admission Date: 5/9/25 |
| Firm/Agency/Org.: Liberty Justice Center | | |
| Address: 7500 Rialto Blvd., Suite 1-250, Austin, TX 78735 | | |
| Phone: (512) 481-4400 | Email: jschwab@ljc.org | |
| **Other Counsel:** Bridget Conlan | | Admission Date: 4/8/25 |
| Firm/Agency/Org.: Liberty Justice Center | | |
| Address: 7500 Rialto Blvd., Suite 1-250, Austin, TX 78735 | | |
| Phone: (512)481-4400 | Email: bconlan@ljc.org | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/30/25                               Signature: /s/ Bridget Conlan

                                            Name: Bridget Conlan

FORM 8A. Entry of Appearance — Form 8A (p.2) July 2020

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| **Other Counsel:** Reilly Stephens | Admission Date: 5/1/25 |
|---|---|
| Firm/Agency/Org.: Liberty Justice Center | |
| Address: 7500 Rialto Blvd., Suite 1-250, Austin, TX 78735 | |
| Phone: (512)481-4400 | Email: rstephens@ljc.org |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |