FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1812

**Short Case Caption:** VOS Selections, Inc. v. Trump

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Peter R. Flores, Donald J. Trump, Jamieson Greer, Executive Office of the President, Office of the United Stats Trade Representative, United States of America, Howard Lutnik, U.S. Customs and Border Protection, U.S. Department of Homeland Security, Kristi Noem

| **Principal Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

| **Other Counsel:** Sophia Shams | Admission Date: |
|---|---|
| Firm/Agency/Org.: U.S. Department of Justice | |
| Address: 950 Pennsylvania Avenue NW, Washington DC 20530 | |
| Phone: 202-514-2495 | Email: sophia.shams@usdoj.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/6/25

Signature: /s/ Sophia Shams

Name: Sophia Shams