**Nos. 2025-1812, 2025-1813**

# United States Court of Appeals
# For the Federal Circuit

V.O.S. Selections, Plastic Services and Products, LLC, dba Genova Pipe, Microkits, LLC, FishUSA Inc., Terry Precision Cycling LLC,
*Plaintiffs-Appellees,*

v.

Donald J. Trump, Executive Office of the President, United States, Pete R. Flores, Jamieson Greer, Office of the United States Trade Representative, Howard Lutnik, United States Customs and Border Protection,
*Defendants-Appellants.*

---

State of Oregon, State of Arizona, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Minnesota, State of Nevada, State of New Mexico, State of New York, State of Vermont,
*Plaintiffs-Appellees,*

v.

Donald J. Trump, United States Department of Homeland Security, Kristi Noem, United States Customs and Border Protection, Pete R. Flores, United States
*Defendants-Appellants.*

---

On Appeal from the United States Court of International Trade
Nos. 25-66, 25-77, Judges Katzmann, Reif, and Restani

---

**Crutchfield's Unopposed Motion to Supplement
its Motion for Leave to file *Amicus Curiae* Brief
in Opposition to Defendants' Motion for Stay Pending Appeal**

# Certificate of Interest

Pursuant to Fed. Cir. R. 47.4, Crutchfield certifies:

1. *The full name of every entity represented in the case by the counsel filing the certificate*: Crutchfield Corporation. *See* Fed. Cir. R. 47.4(a)(1).

2. *For each entity, the name of every real party in interest, if that entity is not the real party in interest*: None. *See* Fed. Cir. R. 47.4(a)(2).

3. *For each entity, that entity's parent corporation(s) and every publicly held corporation that owns ten percent (10%) or more of its stock*: None. *See* Fed. Cir. R. 47.4(a)(3).

4. *The names of all law firms, partners, and associates that have not entered an appearance in the appeal and appeared for the entity in the lower tribunal or are expected to appear for the entity in this court*: None. *See* Fed. Cir. R. 47.4(a)(4).

5. *Other than the originating case number(s), the title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal*: None. *See* Fed. Cir. R. 47.4(a)(5).

6. *All information required by Federal Rule of Appellate Procedure 26.1(b) and (c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases*: None applicable. *See* Fed. Cir. R. 47.4(a)(6).

I certify that the foregoing information is accurate and complete to the best of my knowledge.

Dated: June 6, 2025                                /s/ David Swetnam-Burland
                                                   David Swetnam-Burland

## Argument

Under Fed. R. App. P. 29 and Fed. Cir. R. 29, Crutchfield Corporation moves to supplement its pending motion for leave to file an *amicus curiae* brief (ECF 17) to inform the Court that Crutchfield's motion for leave is wholly unopposed. Crutchfield filed its motion for leave on June 4, 2025. *See* ECF 17–1. At the time of filing, Crutchfield had received the consent of the State Plaintiffs and Defendants to its motion for leave. *See id.* at 3 (CM/ECF page number). After filing, Crutchfield received the consent of the private Plaintiffs. Crutchfield submits this motion to inform the Court that its pending motion for leave to file an *amicus curiae* brief (ECF 17) is unopposed.

## Conclusion

Crutchfield respectfully requests that the Court grant its unopposed motion to supplement and treat its motion for leave to file an *amicus curiae* brief as unopposed.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 6, 2025 | /s/ David Swetnam-Burland<br>Peter J. Brann<br>David Swetnam-Burland<br>Brann & Isaacson<br>113 Lisbon St., P.O. Box 3070<br>Lewiston, ME  04243-3070<br>207.786.3566<br>pbrann@brannlaw.com<br>dsb@brannlaw.com<br><br>*Attorneys for Amicus Curiae*<br>*Crutchfield Corporation* |

## Certificate of Service

On June 6, 2025, I served the foregoing document on all counsel of record through the Court's CM/ECF system.

| | |
|---|---|
| Dated: June 6, 2025 | <u>/s/ David Swetnam-Burland</u><br>David Swetnam-Burland |

## Certificate of Compliance

Under Fed. R. App. P. 29(b), counsel for *Amici Curiae* certify that this brief complies with the type–volume limitation for motions under Fed. R. App. P. 27(d)(2). Exclusive of the exempted portions of the brief, as provided in Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2), the motion contains 131 words. The brief has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font. As permitted by Fed. R. App. P. 32(g), I have relied on the word count feature of this word processing system in preparing this certificate.

I certify that the foregoing information is accurate and complete to the best of my knowledge.

Dated: June 6, 2025                                   /s/ David Swetnam-Burland
                                                                      David Swetnam-Burland