**Nos. 2025-1812, 2025-1813**

---

## United States Court of Appeals
## For the Federal Circuit

---

V.O.S. Selections, Plastic Services and Products, LLC, dba Genova Pipe, Microkits, LLC, FishUSA Inc., Terry Precision Cycling LLC,
                                                        Plaintiffs-Appellees,

v.

Donald J. Trump, Executive Office of the President, United States, Pete R. Flores, Jamieson Greer, Office of the United States Trade Representative, Howard Lutnik, United States Customs and Border Protection,
                                                        Defendants-Appellants.

---

State of Oregon, State of Arizona, State of Colorado, State of Connecticut, State of Delaware, State of Illinois, State of Maine, State of Minnesota, State of Nevada, State of New Mexico, State of New York, State of Vermont,
                                                        Plaintiffs-Appellees,

v.

Donald J. Trump, United States Department of Homeland Security, Kristi Noem, United States Customs and Border Protection, Pete R. Flores, United States
                                                        Defendants-Appellants.

---

On Appeal from the United States Court of International Trade
Nos. 25-66, 25-77, Judges Katzmann, Reif, and Restani

---

**Crutchfield's Notice of Correction**

---

Under Fed. Cir. R. 25(i)(3), Crutchfield Corporation submits this notice of correction to its *amicus curiae* brief (ECF 32). Crutchfield's corrected brief (1) places the certificate of interest directly after the cover; and (2) removes file-stamp data from an earlier filing from the header of each page.

Respectfully submitted,

Dated: June 6, 2025

/s/ Peter J. Brann
Peter J. Brann
David Swetnam-Burland
Brann & Isaacson
113 Lisbon St., P.O. Box 3070
Lewiston, ME  04243-3070
207.786.3566
pbrann@brannlaw.com
dsb@brannlaw.com

*Attorneys for Amicus Curiae*
*Crutchfield Corporation*

1

## Certificate of Service

On June 6, 2025, I served the foregoing document on all counsel of record

through the Court's CM/ECF system.

Dated: June 6, 2025                          /s/ Peter J. Brann
                                             Peter J. Brann