# Case Nos. 2025-1812, 1813

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**V.O.S. SELECTIONS, INC., PLASTIC SERVICES AND PRODUCTS, LLC,** DBA GENOVA PIPE, **MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC,**

*Plaintiff-Appellees,*

v.

**DONALD J. TRUMP,** IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, **EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, PETE R. FLORES,** ACTING COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER OF THE UNITED STATES CUSTOMS AND BORDER PROTECTION, **JAMIESON GREER,** IN HIS OFFICIAL CAPACITY AS UNITED STATES TRADE REPRESENTATIVE, **OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, HOWARD LUTNICK,** IN HIS OFFICIAL CAPACITY AS SECRETARY OF COMMERCE, **UNITED STATES CUSTOMS AND BORDER PROTECTION,**

**STATE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ OLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF VERMONT,**

*Plaintiff-Appellees,*

v.

**PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM,** SECRETARY OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF

**HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, PETE R. FLORES, ACTING COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION, UNITED STATES,**

*Defendants-Appellant.*

Appeal from the On Appeal from the United States Court of International Trade
Nos. 25-66, -77, Judges Katzmann, Reif, and Restani

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE* FORMER GOVERNMENT OFFICIALS AND LEGAL SCHOLARS IN SUPPORT OF EMERGENCY MOTION FOR A STAY PENDING APPEAL**

Mark A. Lemley
William H. Neukom Professor
  of Law
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
(650) 723-4605
mlemley@law.stanford.edu

Matthew A. Seligman
*Counsel of Record*
STRIS & MAHER LLP
17785 Center Court Dr. N., Suite 600
Cerritos, CA 90703
(213) 995-6873
mseligman@stris.com

Stephen A. Jonas
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
(202) 594-9958
Steve@statedemocracydefenders.org

*Counsel for Amici Curiae*

ii

FORM 9. Certificate of Interest  Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2025-1812, 2025-1813
**Short Case Caption** V.O.S. Selections, Inc. v. Trump
**Filing Party/Entity** Amici Former Government Officials and Legal Scholars

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 6/6/2025           Signature: *[signature]*

                         Name: Matthew Seligman

FORM 9. Certificate of Interest                                           Form 9 (p. 2)
                                                                          March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| Former Government Officials and Legal Scholars | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☑  Additional pages attached

FORM 9. Certificate of Interest                                         Form 9 (p. 3)
                                                                         March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable        ☐  Additional pages attached

| | | |
|---|---|---|
| Matthew Seligman, Stris & Maher LLP | | |
| Mark Lemley, Stanford Law School | | |
| Steve Jonas, State Democracy Defenders Fund | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☐ No   ☑ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable        ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

*Amici curiae* Former Government Officials and Legal Scholars listed in Attachment A respectfully request that the Court grant leave to file the attached *amici curiae* brief in opposition to Defendants-Appellants' Emergency Motion for a Stay Pending Appeal. The parties do not object to this relief. The motion for leave to file should be granted for the following reasons:

1. *Amici* former government officials and legal scholars are former federal judges, members of Congress, senior Department of Justice and White House appointees, and other governmental officials, including appointees who served in every Republican administration from the Nixon administration to the first Trump administration, and legal scholars who have spent their careers in public service and the academy dedicated to the rule of law. They have an interest in the recognition of proper limitations on executive power.

2. Courts have "broad discretion" to permit participation by third parties as amici curiae. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007).

3. *Amici* offer additional arguments and precedent in opposition to Defendants-Appellants. This additional analysis explains why the text of Section 1701 requires a genuinely rare and exceptional emergency

1

to authorize the president's delegated powers under Section 1702, how the structure of the IEEPA and its companion statutes confirm that limitation, and how the history of presidential practice further confirms that limitation. It explains that the tariffs imposed by Executive Order 14257 do not satisfy that requirement and are thus unlawful. Finally, it explains how even if Section 1701 were ambiguous, both the major questions doctrine and the canon of constitutional avoidance require the Court to adopt the interpretation advanced by *amici*.

4. No party objects to the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, *amici curiae* Former Government Officials and Legal Scholars respectfully request that the Court grant this motion and accept for filing the accompanying amici curiae brief.

June 6, 2025                                Respectfully submitted,

By: /s/ Matthew A. Seligman

Matthew A. Seligman
STRIS & MAHER LLP
17785 Center Court Dr. N., Suite 600
Cerritos, CA 90703
(213) 995-6873
mseligman@stris.com

*Counsel for Amici Curiae*

2

# APPENDIX A

*Amici curiae* are listed below. Affiliation is provided for identification purposes only. All signatories are participating in their individual capacity, not on behalf of their institutions.

**Donald B. Ayer**

Deputy Attorney General in the George H.W. Bush Administration from 1989 to 1990; Principal Deputy Solicitor General in the Reagan Administration from 1986 to 1988; United States Attorney for the Eastern District of California from 1981 to 1986 in the Reagan Administration.

**Tom Campbell**

Former Member of the U.S. House of Representatives (R-CA) from 1989 to 1993, and 1995 to 2001; Doy and Dee Henley Distinguished Professor of Jurisprudence at the Chapman University Fowler School of Law.

**Ty Cobb**

Special Counsel to the President in the Trump Administration from 2017 to 2018 and Assistant U.S. Attorney for the District of Maryland from 1980 to 1986.

*Tom Coleman*

Assistant Attorney General of Missouri from 1969 to 1972; Missouri State Representative from 1973 to 1976; Representative of the 6th Congressional District of Missouri from 1976 to 1993 (R).

*Barbara Comstock*

Representative of the 10th Congressional District of Virginia from 2015 to 2019 (R).

*George T. Conway III*

Board President, Society for the Rule of Law.

*Murray Dickman*

Primary Assistant to U.S. Attorney General from 1988 to 1992.

*Mickey Edwards*

Representative of the 5th Congressional District of Oklahoma from 1977 to 1993 (R).

*Richard Epstein*

Laurence A. Tisch Professor of Law, New York University.

*John J. Farmer Jr.*

New Jersey Attorney General from 1999 to 2002 (R); Assistant U.S. Attorney for the District of New Jersey from 1990 to 1994.

*John Giraudo*

Attorney Advisor in the Department of Justice Office of Legal Counsel in the Reagan Administration from 1986 to 1989.

*Bob Inglis*

Representative of the 4th Congressional District of South Carolina from 1993 to 1999 and from 2005 to 2011 (R).

*Peter Keisler*

Acting Attorney General in the George W. Bush Administration in 2007; Assistant Attorney General for the Civil Division in the Bush Administration from 2003 to 2007; Principal Deputy Associate Attorney General and Acting Associate Attorney General in the Bush Administration from 2002 to 2003;

Assistant and Associate Counsel to the President in the Reagan Administration from 1986 to 1988.

*William Kristol*

Chief of Staff to the Vice President in the George H.W. Bush Administration from 1989 to 1993.

*Harold Hongju Koh*

Sterling Professor of International Law

Yale Law School

*Philip Lacovara*

Counsel to the Special Prosecutor, Watergate Special Prosecutor's Office in the Nixon Administration from 1973 to 1974.

*Mike Lofgren*

Former Republican Congressional Staffer.

*J. Michael Luttig*

Circuit Judge, United States Court of Appeals appointed by George H.W.

Bush from 1991 to 2006; Assistant Attorney General, Office of Legal Counsel and Counselor to the Attorney General in the Bush Administration from 1990 to 1991; Assistant Counsel to the President in the Reagan Administration from 1981 to 1982.

*John McKay*

U.S. Attorney for the Western District of Washington appointed by George W. Bush from 2001 to 2007.

*Mario Nicolais*

General Counsel, The Lincoln Project.

*Richard Painter*

S. Walter Richey Professor of Corporate Law at the University of Minnesota Law School; former Associate Counsel to the President where he served as the chief White House ethics lawyer.

*Carter Phillips*

Assistant to the Solicitor General in the Reagan Administration from 1981 to 1984.

*Trevor Potter*

Chairman of the Federal Election Commission and Commissioner of the Federal Election Commission from 1991 to 1995; General Counsel to John McCain's Presidential Campaign from 2000 to 2008.

*Alan Charles Raul*

Associate Counsel to the President in the Reagan Administration from 1986 to 1988.

*Stephen Richer*

Maricopa County Recorder from 2021 to 2025 (R).

*Reid Ribble*

Representative of the 8th Congressional District of Wisconsin from 2015 to 2017 (R).

*Paul Rosenzweig*

Deputy Assistant Secretary for Policy, Department of Homeland Security in the George W. Bush Administration from 2005 to 2009.

*Nicholas Rostow*

Special Assistant to the President for National Security Affairs and Legal Adviser to the National Security Council under Reagan and George H.W. Bush Administrations from 1987 to 1993; Special Assistant to the Legal Adviser, U.S. Department of State from 1985 to 1987; Senior Research Scholar at Yale Law School.

*Claudine Schneider*

Representative of the 2nd Congressional District of Rhode Island from 1981 to 1991 (R).

*Robert Shanks*

Deputy Assistant Attorney General, Office of Legal Counsel in the Reagan Administration from 1981 to 1984.

*Stanley A. Twardy, Jr.*

United States Attorney for the District of Connecticut from 1985 to 1991 and Chief of Staff to Connecticut Governor Lowell P. Weicker, Jr from 1991 to 1993.

*Christopher Shays*

Representative for the 4th Congressional District of Connecticut from 1987 to 2009 (R).

*Fern M. Smith*

Judge of the U.S. District Court for the Northern District of California appointed by President Reagan from 1988 to 2005.

*Alan O. Sykes*

Professor of Law and Warren Christopher Professor in the Practice of International Law and Diplomacy, Stanford Law School

*William Joseph Walsh*

Representative of the 8th Congressional District of Illinois from 2011 to 2013 (R).

*William F. Weld*

Governor of Massachusetts from 1991 to 1997 (R) and United States Assistant Attorney General for the Criminal Division from 1986 to 1988.

*Christine Todd Whitman*

Governor of New Jersey from 1994 to 2001 (R); Administrator of the Environmental Protection Agency in the George W. Bush Administration, 2001-2003.

*Wendell Willkie, II*

Associate Counsel to the President from 1984 to 1985; Acting Deputy Secretary, U.S. Department of Commerce from 1992 to 1993; General Counsel, U.S. Department of Commerce from 1989 to 1993; General Counsel, U.S. Department of Education, from 1985 to 1988.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

June 6, 2025                               /s/ Matthew A. Seligman

                                          Matthew A. Seligman
                                          STRIS & MAHER LLP
                                          17785 Center Court Dr. N., Suite 600
                                          Cerritos, CA 90703
                                          (213) 995-6873
                                          mseligman@stris.com

                                          *Counsel for Amici Curiae*

# **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS**

I hereby certify as follows:

1.　I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27 because it contains 329 words, excluding the exempted portions. This motion complies with the typeface and type style requirements of Federal Rules Appellate Procedure 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14- point font.

2.　The brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6). The brief has been prepared in a proportionally spaced typeface using Microsoft Word for Mac in 14-point Times New Roman font.

June 6, 2025　　　　　　　　　　　　　/s/ Matthew A. Seligman

　　　　　　　　　　　　　　　　　　Matthew A. Seligman
　　　　　　　　　　　　　　　　　　STRIS & MAHER LLP
　　　　　　　　　　　　　　　　　　17785 Center Court Dr. N., Suite 600
　　　　　　　　　　　　　　　　　　Cerritos, CA 90703
　　　　　　　　　　　　　　　　　　(213) 995-6873
　　　　　　　　　　　　　　　　　　mseligman@stris.com

　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae*