FORM 8A. Entry of Appearance | Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1812, 2025-1813

**Short Case Caption:** V.O.S. Selections, Inc. v. Trump

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Amicus Curiae Former Government Officials and Legal Scholars | |
|---|---|
| **Principal Counsel:** Matthew Seligman | Admission Date: 9/23/14 |
| Firm/Agency/Org.: Stris & Maher LLP | |
| Address: 17785 Center Court Dr. N., Suite 600, Cerritos CA 90703 | |
| Phone: 213-995-6873 | Email: mseligman@stris.com |
| **Other Counsel:** Mark Lemley | Admission Date: 2/3/97 |
| Firm/Agency/Org.: Stanford Law School | |
| Address: 559 Nathan Abbott Way, Stanford CA 94305 | |
| Phone: 650-723-4605 | Email: mlemley@law.stanford.edu |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/6/2025

Signature: *Matthew Seligman*

Name: Matthew Seligman

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| **Other Counsel:** Stephen Jonas | Admission Date: 6/6/2025 |
|---|---|
| Firm/Agency/Org.: Democracy Defenders Fund | |
| Address: 600 Pennsylvania Avenue SE, Suite 15180, Washington DC 20003 | |
| Phone: 202-594-9958 | Email: steve@statedemocracydefenders.org |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |