FORM 8A. Entry of Appearance                                     Form 8A (p.1)
                                                                                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1812, 2025-1813

**Short Case Caption:** V.O.S. Selections, Inc. v. Trump

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

America First Legal Foundation; Coalition for a Prosperous America

| | | |
|---|---|---|
| **Principal Counsel:** R. Trent McCotter | Admission Date: | 6/9/2025 |
| Firm/Agency/Org.: Boyden Gray PLLC | | |
| Address: 800 Connecticut Ave. NW, Suite 900, Washington DC 20006 | | |
| Phone: 2027065488 | Email: tmccotter@boydengray.com | |
| **Other Counsel:** Daniel Z. Epstein | Admission Date: | 6/9/25 |
| Firm/Agency/Org.: America First Legal Foundation | | |
| Address: 611 Pennsylvania Ave. SE #231, Washington DC 20003 | | |
| Phone: 202-964-3721 | Email: daniel.epstein@aflegal.org | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/9/25                                    Signature: /s/ R. Trent McCotter

                                                                                  Name: R. Trent McCotter