FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** Nos. 2025-1812, -1813

**Short Case Caption:** V.O.S. Selections, Inc. v. Trump; State of Oregon v. Trump;

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

See attached appendix of amicus curiae.

| | | |
|---|---|---|
| **Principal Counsel:** William Fred Norton | | Admission Date: 11/14/2011 |
| Firm/Agency/Org.: The Norton Law Firm PC | | |
| Address: 300 Frank H. Ogawa Plaza, Suite 450, Oakland, CA 94612 | | |
| Phone: (510) 906-4900 | Email: fnorton@nortonlaw.com | |
| **Other Counsel:** Nathan Walker | | Admission Date: 03/23/2009 |
| Firm/Agency/Org.: The Norton Law Firm PC | | |
| Address: 300 Frank H. Ogawa Plaza, Suite 450, Oakland, CA 94612 | | |
| Phone: (510) 906-4900 | Email: nwalker@nortonlaw.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/9/25                            Signature: *Fred Norton*

                                        Name: Fred Norton

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Josephine Kendra Petrick | Admission Date: 02/17/2021 |
|---|---|
| Firm/Agency/Org.: The Norton Law Firm PC | |
| Address: 300 Frank H. Ogawa Plaza, Suite 450, Oakland, CA 94612 | |
| Phone: (510) 906-4900 | Email: jpetrick@nortonlaw.com |
| **Other Counsel:** Celine G. Purcell | Admission Date: 06/04/2025 |
| Firm/Agency/Org.: The Norton Law Firm PC | |
| Address: 300 Frank H. Ogawa Plaza, Suite 450, Oakland, CA 94612 | |
| Phone: (510) 906-4900 | Email: | cpurcell@nortonlaw.com |
| **Other Counsel:** Emily Kirk | Admission Date: 06/04/2025 |
| Firm/Agency/Org.: The Norton Law Firm PC | |
| Address: 300 Frank H. Ogawa Plaza, Suite 450, Oakland, CA 94612 | |
| Phone: (510) 906-4900 | Email: ekirk@nortonlaw.com |
| **Other Counsel:** Rebecca Kutlow | Admission Date: 06/03/2025 |
| Firm/Agency/Org.: The Norton Law Firm PC | |
| Address: 300 Frank H. Ogawa Plaza, Suite 450, Oakland, CA 94612 | |
| Phone: (510) 906-4900 | Email: rkutlow@nortonlaw.com |
| **Other Counsel:** Jennifer Hillman | Admission Date: 10/0/2014 |
| Firm/Agency/Org.: Georgetown University Law Center | |
| Address: 60 New Jersey Ave NW, Washington DC, 20001 | |
| Phone: | Email: jennifer.hillman@georgetown.edu |

FORM 8A. Entry of Appearance                                  Form 8A (p.2)
                                                              July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Peter Harrell | Admission Date: 06/06/2025 |
|---|---|
| Firm/Agency/Org.: Peter Harrell LLC | |
| Address: 1102 St. Louis Place NE, Atlanta GA, 30306 | |
| Phone: | Email: harrell@peterharrelllaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

APPENDIX: LIST OF AMICI CURIAE

**Senator Jeanne Shaheen**
  New Hampshire
  Ranking Member
  Senate Foreign Relations Committee

**Senator Ron Wyden**
  Oregon
  Ranking Member
  Senate Finance Committee

**Senator Charles E. Schumer**
  New York
  Senate Minority Leader

**Senator Tim Kaine**
  Virginia

**Senator Peter Welch**
  Vermont

**Senator Michael F. Bennet**
  Colorado

**Senator Jacky Rosen**
  Nevada

**Senator Ben Ray Luján**
  New Mexico

**Senator Maria Cantwell**
  Washington

**Senator Andy Kim**
  New Jersey

**Senator Catherine Cortez Masto**
  Nevada

**Senator Chris Van Hollen**
  Maryland

**Senator Adam B. Schiff**
  California

**Senator Margaret Wood Hassan**
  New Hampshire

**Senator Tammy Duckworth**
  Illinois

**Senator Angus S. King, Jr.**
  Maine

**Senator Richard Blumenthal**
  Connecticut

**Senator John Hickenlooper**
  Colorado

**Senator Alex Padilla**
  California

**Senator Christopher A. Coons**
  Delaware

**Senator Richard J. Durbin**
  Illinois

**Senator Mark R. Warner**
  Virginia

**Senator Martin Heinrich**
  New Mexico

**Senator Jeffrey A. Merkley**
  Oregon

**Senator Bernard Sanders**
  Vermont

**Senator Amy Klobuchar**
  Minnesota

**Senator Raphael Warnock**
  Georgia

**Senator Lisa Blunt Rochester**
  Delaware

**Senator Mazie K. Hirono**
  Hawaii

**Senator Brian Schatz**
  Hawaii

**Senator Edward J. Markey**
  Massachusetts

**Senator Angela Alsobrooks**
  Maryland

**Senator Gary C. Peters**
  Michigan