# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| V.O.S. SELECTIONS, INC., et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | No. 25-1812 |
| STATE OF OREGON, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | No. 25-1813 |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Pursuant to the Court's order of June 10, 2025, directing the parties "to jointly file a proposed expedited briefing schedule" that would "allow for this court to hold oral argument on July 31, 2025," the parties have conferred and jointly propose the following schedule in these consolidated appeals:

        Opening Brief:        June 24

  Response Briefs[1]:  July 8

  Reply Brief:  July 18

The parties further propose that the Court order that any amicus briefs be filed on the same day as the principal brief of the party the amicus brief supports. The *V.O.S.* and *Oregon* appellees state that they offer consent to all timely filed amicus briefs. *See* Fed. R. App. P. 29(a)(2). Parties seeking to file amicus briefs should continue to seek the position of the government appellants under Rule 29(a)(2), though the government intends to consent to timely briefs.

        Respectfully submitted,

        MICHAEL S. RAAB
        BRAD HINSHELWOOD

        /s/ *Daniel Winik*
        DANIEL WINIK
        SOPHIA SHAMS
         *Attorneys, Appellate Staff*
         *Civil Division, Room 7245*
         *U.S. Department of Justice*
         *950 Pennsylvania Avenue NW*
         *Washington, DC 20530*
         *(202) 305-8849*
         *Daniel.L.Winik@usdoj.gov*

---

[1] The *V.O.S.* and *Oregon* appellees intend to file separate response briefs unless the Court orders otherwise.

/s/ *Jeffrey Schwab*
JEFFREY SCHWAB
*Liberty Justice Center*
*7500 Rialto Blvd.*
*Suite 1-250*
*Austin, Texas 78735*
*(512) 481-4400*
*jschwab@ljc.org*

DAN RAYFIELD
*Attorney General of Oregon*

/s/ *Benjamin Gutman*
BENJAMIN GUTMAN
*Solicitor General*
*1162 Court Street NE*
*Salem, OR 97301*
*(503) 378-4402*
*Benjamin.gutman@doj.oregon.gov*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 156 words. This motion was prepared using Word for Microsoft 365 in 14-point Book Antiqua, a proportionally spaced typeface.

/s/ *Daniel Winik*
Daniel Winik