NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**V.O.S. SELECTIONS, INC., PLASTIC SERVICES AND PRODUCTS, LLC, DBA GENOVA PIPE, MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC,**
*Plaintiffs-Appellees*

v.

**DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, PETE R. FLORES, ACTING COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER OF THE UNITED STATES CUSTOMS AND BORDER PROTECTION, JAMIESON GREER, IN HIS OFFICIAL CAPACITY AS UNITED STATES TRADE REPRESENTATIVE, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, HOWARD LUTNICK, IN HIS OFFICIAL CAPACITY AS SECRETARY OF COMMERCE, UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

---

**STATE OF OREGON, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS,**

**STATE OF MAINE, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF VERMONT,**
*Plaintiffs-Appellees*

v.

**PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, PETE R. FLORES, ACTING COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION, UNITED STATES,**
*Defendants-Appellants*

---

2025-1812, 2025-1813

---

Appeals from the United States Court of International Trade in Nos. 1:25-cv-00066-GSK-TMR-JAR, 1:25-cv-00077-GSK-TMR-JAR, Senior Judge Jane A. Restani, Judge Gary S. Katzmann, Judge Timothy M. Reif.

---

**ON MOTION**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

# ORDER

We are adopting the parties' jointly proposed briefing schedule. Here are the due dates, which reflect the date the court must receive the material:

- Opening Brief:
    - June 24, 2025 (electronic)
    - June 26, 2025 (paper)
- Response Briefs:
    - July 8, 2025 (electronic)
    - July 10, 2025 (paper)
- Reply Brief:
    - July 18, 2025 (electronic)
    - July 21, 2025 (paper)

The *V.O.S.* and *Oregon* appellees may file separate response briefs. The parties' briefs must comply with Fed. Cir. R. 32(b)(1); *see Microsoft Corp. v. DataTern, Inc.*, 755 F.3d 899, 910 (Fed. Cir. 2014) ("It would be fundamentally unfair to allow a party to use incorporation to exceed word count.").

Any briefs of amicus curiae may be filed without consent and leave of the court. All amicus briefs must be filed on the same day as the principal brief of the party the

---

[1]    Circuit Judge Newman did not participate.

amicus brief supports (tracking the same electronic and paper dates). Amicus briefs must comply with Fed. Cir. R. 29(b).

To the extent possible, the parties should agree on pagination for the appendix before briefing and each electronic filing should be accompanied by an electronic version of the cited appendix material. An electronic and paper version of the full appendix must be received by the court no later than July 23, 2025.

Oral argument will be held on July 31 at 10:00 a.m. in Courtroom 201. Each side will receive 45 minutes (including rebuttal). Counsel for the multiple parties on each side should confer and agree on the apportionment of argument time.

FOR THE COURT

June 13, 2025
Date

Jarrett B. Perlow
Clerk of Court