FORM 26. Docketing Statement                                                Form 26 (p. 1)
                                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2025-1812, 2025-1813

**Short Case Caption:** V.O.S. Selections, Inc. v. Trump

**Filing Party/Entity:** Appellants

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Court of International Trade | 25-cv-66, 25-cv-77 | Challenge to tariffs |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of the Court of International Trade's judgment

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Declaratory judgment and permanent injunction

**Briefly describe the judgment/order appealed from:**

The Court of International Trade held invalid tariffs imposed under the International Emergency Economic Powers Act and permanently enjoined their enforcement.

**Nature of judgment (select one):**     **Date of judgment:** 5/28/25

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

**FORM 26. Docketing Statement**      Form 26 (p. 2)
July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Whether the CIT erred in concluding that the President lacked authority to issue the challenged tariffs or otherwise abused its discretion in issuing an injunction.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes ☑ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? ☐ Yes ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes ☑ No

Explain.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 6/18/25      Signature: /s/ Daniel Winik

Name: Daniel Winik

Save for Filing