

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 26, 2025

2025-1812

# NOTICE OF NON-COMPLIANCE

The paper copies provided to the court by America First Policy Institute are not in compliance with the rules of this court. Within <u>two</u> business days from the date of this notice, please submit compliant paper copies that correct the following identified deficiencies:

- An inadequate number of copies were received by the court. Fed. Cir. R. 25(c)(3) (paper copies of all documents) Corrected copies must be provided in the exact number required.

  Clerk's Note: 20 additional copies of the amicus brief should be submitted.

* * *

<u>A party's failure to timely file corrected paper copies curing all defects identified on this notice may result in adverse action.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

Upon receipt of corrected paper copies, the Clerk's Office will appropriately dispose of the non-compliant versions previously provided.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: J. Paul, Deputy Clerk