FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1812, 25-1813

**Short Case Caption:** V.O.S. Selections, Inc. v. Trump

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

V.O.S. Selections, Inc.; Plastic Services and Products, LLC, dba Genova Pipe; MicroKits, LLC; FishUSA Inc.; Terry Precision Cycling LLC

| **Principal Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

| **Other Counsel:** Neal Kumar Katyal | Admission Date: 10/11/2012 |
|---|---|
| Firm/Agency/Org.: Milbank LLP | |
| Address: 1850 K St. NW, Suite 1100, Washington, DC 20006 | |
| Phone: 202-835-7505 | Email: nkatyal@milbank.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 06/30/2025

Signature: /s/ Neal K. Katyal

Name: Neal K. Katyal

FORM 8A. Entry of Appearance　　　　　　　　　　　　　　　　　　　　　　　　Form 8A (p.2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Colleen E. Roh Sinzdak | Admission Date: 09/18/2018 |
|---|---|
| Firm/Agency/Org.: Milbank LLP | |
| Address: 1850 K St. NW, Suite 1100, Washington, DC 20006 | |
| Phone: 202-835-7570 | Email: crohsinzdak@milbank.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |