# Nos. 25-1812, 25-1813

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

V.O.S. SELECTIONS, INC., PLASTICS SERVICES AND PRODUCTS, LLC, d/b/a GENOVA PIPE, MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, PETE R. FLORES, Acting Commissioner for United States Customs and Border Protection, JAMIESON GREER, in his official capacity as United States Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, HOWARD LUTNIK, in his official capacity as Secretary of Commerce, UNITED STATES CUSTOMS AND BORDER PROTECTION,

*Defendants-Appellants*.

STATE OF OREGON, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF VERMONT,

*Plaintiffs-Appellees,*

v.

PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, Secretary of Homeland Security, in her official capacity as Secretary of the Department of Homeland Security, UNITED STATES CUSTOMS AND BORDER PROTECTION, PETE R. FLORES, Acting Commissioner for United States Customs and Border Protection, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection, UNITED STATES,

*Defendants-Appellants.*

_____

On Appeal from the United States Court of International Trade
Nos. 25-66, 25-77, Judges Katzmann, Reif, and Restani
_____

## AMICI CURIAE OF ECONOMISTS NOTICE OF CORRECTION
_____

Amici curiae file a corrected brief concurrently with this notice that includes amicus Ben Harris, who was inadvertently excluded. There are no other changes. Amici respectfully request that the Court accept the brief for filing.

Dated: July 9, 2025 

Respectfully submitted,

/s/ Adam G. Unikowsky

| | |
|---|---|
| Holger Spamann<br>1525 Massachusetts Avenue<br>Cambridge, MA 02138<br>(617) 496-6710<br><br>Debbie L. Berman<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>(312) 222-9350 | Adam G. Unikowsky<br>Aaron R. Cooper<br>Alyssa G. Bernstein<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW Suite 900<br>Washington, DC 20001<br>(202) 639-6000<br><br>Counsel for *Amici Curiae* Economists |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2025, I caused the foregoing notice to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system, which caused a copy of the foregoing to be delivered by electronic means to counsel of record.

*/s/ Adam G. Unikowsky*