NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

V.O.S. SELECTIONS, INC., PLASTIC SERVICES
AND PRODUCTS, LLC, DBA GENOVA PIPE,
MICROKITS, LLC, FISHUSA INC., TERRY
PRECISION CYCLING LLC,
*Plaintiffs-Appellees*

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE UNITED STATES,
EXECUTIVE OFFICE OF THE PRESIDENT,
UNITED STATES, PETE R. FLORES, ACTING
COMMISSIONER FOR UNITED STATES CUSTOMS
AND BORDER PROTECTION, IN HIS OFFICIAL
CAPACITY AS ACTING COMMISSIONER OF THE
UNITED STATES CUSTOMS AND BORDER
PROTECTION, JAMIESON GREER, IN HIS
OFFICIAL CAPACITY AS UNITED STATES TRADE
REPRESENTATIVE, OFFICE OF THE UNITED
STATES TRADE REPRESENTATIVE, HOWARD
LUTNICK, IN HIS OFFICIAL CAPACITY AS
SECRETARY OF COMMERCE, UNITED STATES
CUSTOMS AND BORDER PROTECTION,
*Defendants-Appellants*

-------------------------------------------

STATE OF OREGON, STATE OF ARIZONA, STATE
OF COLORADO, STATE OF CONNECTICUT,
STATE OF DELAWARE, STATE OF ILLINOIS,

STATE OF MAINE, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF VERMONT,
*Plaintiffs-Appellees*

v.

PRESIDENT DONALD J. TRUMP, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, PETE R. FLORES, ACTING COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION, UNITED STATES,
*Defendants-Appellants*

---

2025-1812, 2025-1813

---

Appeals from the United States Court of International Trade in Nos. 1:25-cv-00066-GSK-TMR-JAR, 1:25-cv-00077-GSK-TMR-JAR, Senior Judge Jane A. Restani, Judge Gary S. Katzmann, Judge Timothy M. Reif.

---

**ON MOTION**

---

PER CURIAM.[1]

---

[1] Circuit Judge Newman did not participate.

# ORDER

America First Policy Institute moves for leave to file an amicus curiae reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as non-compliant with our scheduling order, Dkt. No. 53, which instructed "[a]ll amicus briefs must be filed on the same day as the principal brief of the party the amicus supports."

FOR THE COURT

July 21, 2025
Date

Jarrett B. Perlow
Clerk of Court