August 11, 2025

Jarrett B. Perlow
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: Rule 28(j) Letter in *V.O.S. Selections, et al. v. Trump, et al.*, Nos. 25-1812, 25-1813 – Pertinent and Significant Authority Arising Since Our Briefs Were Filed

Dear Mr. Perlow:

On July 27, after stating his intention to impose IEEPA tariffs, President Trump announced the largest trade agreement in history with the 27-nation European Union, America's most significant trading partner. *See* Alex Gangitano, *Trump, EU's von der Leyen strike trade deal for 15 percent tariffs*, The Hill (July 27, 2025). President Trump entered historic agreements with Indonesia, the Philippines, and Japan on July 22; and with the United Kingdom on May 8.

These agreements support our request for a stay if the Court affirms. Opening Br.5, 54-60; Reply Br.27-30. Suddenly revoking the President's tariff authority under IEEPA would have catastrophic consequences for our national security, foreign policy, and economy. The President believes that our country would not be able to pay back the trillions of dollars that other countries have already committed to pay, which could lead to financial ruin. Other tariff authorities that the President could potentially use are short-term, not nearly as powerful, and would render America captive to the abuses that it has endured from far more aggressive countries.

There is no substitute for the tariffs and deals that President Trump has made. One year ago, the United States was a dead country, and now, because of the trillions of dollars being paid by countries that have so badly abused us, America is a strong, financially viable, and respected country again. If the United States were forced to pay back the trillions of dollars committed to us, America could go from strength to failure the moment such an incorrect decision took effect.

These deals for trillions of dollars have been reached, and other countries have committed to pay massive sums of money. If the United States were forced to unwind these historic agreements, the President believes that a forced dissolution of the agreements could lead to a 1929-style result. In such a scenario, people would

be forced from their homes, millions of jobs would be eliminated, hard-working Americans would lose their savings, and even Social Security and Medicare could be threatened. In short, the economic consequences would be ruinous, instead of unprecedented success.

                                    Sincerely,

                                    *<u>D. John Sauer</u>*
                                    D. John Sauer
                                    Solicitor General

                                    <u>/s/ *Brett Shumate*</u>
                                    Brett Shumate
                                    Assistant Attorney General