**Nos. 2025-1812, -1813**

# In the United States Court of Appeals for the Federal Circuit

V.O.S. Selections, Inc.; Plastic Services and Products, LLC, dba Genova Pipe; MicroKits, LLC; FishUSA, Inc.; Terry Precision Cycling, LLC, Plaintiffs-Appellees

*v.*

Donald J. Trump, in his official capacity as President of the United States; Executive Office of the President, United States; Rodney S. Scott, in his official capacity as Commissioner of United States Customs and Border Protection; Jamieson Greer, in his official capacity as United States Trade Representative; Office of the United States Trade Representative; Howard Lutnick, in his official capacity as Secretary of Commerce; United States Customs and Border Protection, Defendants-Appellants

States of Oregon, Arizona, Colorado, Connecticut, Delaware, Illinois, Maine, Minnesota, Nevada, New Mexico, New York, Vermont, Plaintiffs-Appellees

*v.*

President Donald J. Trump; United States Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security; United States Customs and Border Protection; Rodney S. Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection; United States, Defendants-Appellants

*On Appeal from the United States Court of International Trade Judges Katzmann, Reif, and Restani, Presiding, Nos. 25-66, -77*

### NOTICE OF EZRA LOUVIS TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLEES

Ezra Louvis hereby notifies this Court that he is withdrawing as non-principal counsel on behalf of Plaintiffs-Appellees V.O.S. Selections, Inc., Plastic Services and Products LLC d/b/a/ Genova Pipe, Terry Precision Cycling LLC, FishUSA Inc., and MicroKits LLC in the above-captioned matter. Mr. Louvis further states:

1. On July 8, 2025, I filed a notice of appearance on behalf of Plaintiffs-Appellees.

2. I am leaving Milbank LLP effective August 15, 2025, for a federal clerkship and therefore will no longer represent Plaintiffs-Appellees in this matter.

3. Plaintiffs-Appellees will be adequately represented by my colleagues Neal Katyal, Colleen Sinzdak, and Samantha Ilagan, in addition to the other counsel who have appeared on Plaintiffs-Appellees behalf.

Dated: August 14, 2025

Respectfully submitted.

EZRA P. LOUVIS
  *Milbank LLP*
  *1101 New York Ave., NW*
  *Washington, DC 20005*
  *(202) 835-7500*
  *elouvis@milbank.com*

*Counsel for*
*Plaintiffs-Appellees*