

U.S. Department of Justice

*Washington, DC 20044*

September 4, 2025

Jarrett B. Perlow
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: Filing of Petition for a Writ of Certiorari in *V.O.S. Selections, et al. v. Trump, et al.*, Nos. 25-1812, 25-1813

Dear Mr. Perlow:

    Pursuant to this Court's August 29 order staying its mandate pending the filing and disposition of a petition for a writ of certiorari, I am writing to notify the Clerk that the government filed such a petition on September 3. It is docketed in the Supreme Court as No. 25-250.

                            Sincerely,

                            /s/ *Brett Shumate*
                            Brett Shumate
                            Assistant Attorney General