# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 4, 2025

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

    Re: Donald J. Trump, President of the United States, et al.
        v. V.O.S. Selections, Inc., et al.
        No. 25-250
        (Your No. 2025-1812, 2025-1813)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 3, 2025 and placed on the docket September 4, 2025 as No. 25-250.

        Sincerely,

        **Scott S. Harris**, Clerk

        by

        Lisa Nesbitt
        Case Analyst