

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 10, 2025

Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

RE:  United States Supreme Court Records Request in No. 25-250
Donald J. Trump, President of the United States, et al v.
V.O.S. Selections, Inc., et al
CAFC Appeal Nos. 25-1812, 25-1813

Dear Clerk,

    I am responding to your letter of September 10, 2025, requesting the record in the matters identified above. With exception of a motion for leave to file an amicus curiae brief, the complete Federal Circuit record is available electronically via PACER. The motion is restricted and will be sent to you under separate cover.

    The docket sheet identifying each item in the record is enclosed.

    I have forwarded your request for the record of the lower court to the U.S. Court of International Trade.

    Please let us know if we can be of further assistance.

                                                Respectfully,

                                                M. Hull
                                                Deputy Clerk