

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 Madison Place, N.W.
Washington, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 10, 2025

United States Court of International Trade
1 Federal Plaza
New York, New York 10278

RE:   United States Supreme Court Records Request in No. 25-250
      Donald J. Trump, President of the United States, et al v.
      V.O.S. Selections, Inc., et al
      CAFC Appeal Nos. 25-1812, 25-1813
      CIT Court Nos. 1:25-cv-00066-GSK-TMR-JAR, 1:25-cv-00077-GSK-TMR-JAR

Dear Clerk,

      Per the attached letter from the Supreme Court of the United States, please transmit your court's records to their office.

      Respectfully,

      *M. Hull*

      M. Hull
      Deputy Clerk

Enclosure: Letter from U.S. Supreme Court