# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 9, 2025

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

Re: Donald J. Trump, President of the United States, et al.
v. V.O.S. Selections, Inc., et al.
No. 25-250
(Your No. 2025-1812, 2025-1813)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion to expedite and the petition for a writ of certiorari are granted.  The petition for a writ of certiorari before judgment in No. 24-1287 is granted.  The cases are consolidated, and a total of one hour is allotted for oral argument.  Respondents in No. 24-1287 and petitioners in No. 25-250 shall file an opening brief on the merits on or before Friday, September 19, 2025.  Any *amicus curiae* briefs in support or in support of neither party shall be filed on or before Tuesday, September 23, 2025.  Petitioners in No. 24-1287 and respondents in No. 25-250 shall file response briefs on the merits on or before Monday, October 20, 2025. Any *amicus curiae* briefs in support shall be filed on or before Friday, October 24, 2025. A reply brief shall be filed by Thursday, October 30, 2025.  The cases will be set for argument in the first week of the November 2025 argument session.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk