# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 20, 2026

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

      Re:  Donald J. Trump, President of the United States, et al.
            v. V.O.S. Selections, Inc., et al.
            No. 25-250
            (Your No. 2025-1812, 2025-1813)

Dear Clerk:

     The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

     The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

                                            Sincerely,

                                            **Scott S. Harris**, Clerk

                                            by