# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 24, 2026

Clerk
United States Court of Appeals
  for the Federal Circuit
Howard T. Markey Courts Bldg.
717 Madison Place, NW
Washington, DC 20439-3045

> **Re:  Donald J. Trump, President of U.S., et al.**
> **v. V.O.S. Selections, Inc., et al.**
> **No. 25-250 (Your docket Nos. 2025-1812, 2025-1813)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 24, 2026

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Mr. Michael W. McConnell, Esq.
Wilson Sonsini Goodrich & Rosati, PC
1700 K Street, N.W.
Washington, D.C. 20006

Mr. Benjamin Noah Gutman, Esq.
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301

Re:    **Donald J. Trump, President of U.S., et al.**
        **v. V.O.S. Selections, Inc., et al.**
        **No. 25-250**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Federal Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, Fed. Cir.
       (Your docket Nos. 2025-1812, 2025-1813)

# Supreme Court of the United States

### No.  25–250

### DONALD J. TRUMP,
### PRESIDENT OF THE UNITED STATES, ET AL.,

Petitioners,

### *v.*

### V.O.S. SELECTIONS, INC., ET AL.

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Federal Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

February 20, 2026

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States